FILED US District Court-UT
**APR 12 '23** PM **12:56**

TRINA A. HIGGINS, United States Attorney (#7349)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Vernon.stejskal@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INNOCENTE ROGER RAMIREZ,<br><br>Defendant. | Case No. 2:22CR00329 JNP<br><br>FELONY INFORMATION<br><br>COUNT 1: 21 U.S.C. § 841(a)(1)<br>Possession of Methamphetamine with<br>Intent to Distribute<br>COUNT 2: 18 U.S.C. § 924(c)<br>Possession of a Firearm in Furtherance of<br>a Drug Trafficking Crime<br><br>Judge Jill N. Parrish |

The United States Attorney charges:

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about August 30, 2022, in the District of Utah,

INNOCENTE ROGER RAMIREZ,

the defendant herein, knowingly and intentionally possessed with intent to distribute

methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. §

812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. §

841(b)(1)(C).

## COUNT 2
### 18 U.S.C. §924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about August 30, 2022, in the District of Utah,

INNOCENTE ROGER RAMIREZ,

defendant herein, did knowingly possess a firearm, namely, a DMPS Panther Arms A-15,

in furtherance of a drug trafficking crime, to wit: Possession of Methamphetamine with

Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count 1 of this

Felony Information, which count is fully incorporated by reference herein; all in violation

of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and 21 U.S.C. §

853(a) upon conviction of any offense violating 18 U.S.C. §§ 922 or 924, or 21 U.S.C §

841, the defendant shall forfeit to the United States of America any firearm or

ammunition involved in or used in the commission of the offense, including, but not

limited to:

- An Intra Arms Brazil handgun .30 SN: SPL D954078;

- A Ruger Security Six handgun SN: 152-58372;

- An AA Arms gun SN: 022850;

- A Pietro Beretta gun SN:SN024284;

- A Smith & Wesson gun SN: BPE9265;

- A Ruck Island Armory gun SN: RIA1013327;

- A High Point gun SN: X7229496;

- A Taurus SN: TMT25867;

- A Lorcin SN: T6472-17AT16929;

- A DPMS Panther Arms SN: FFH142374;

- An American Tactical SN: A793596;

- A Smith & Wesson AR SN: TL12355;

- A Mauser Bolt Action 7887;

- A Mauser Bolt Action 3738A;

- A Remington 03-A3 SN: 3376283;

- A Palmetto AR SN: LW365595;

- A Combray pistol SN: 89-0033325;

- A DMPS Panther Arms A-15 SN: FFH095392;

- AR magazines;

- A Smith & Wesson magazine;

- Any associated magazines;

- Any associated ammunition

Dated this 12th day of April, 2023.

TRINA A. HIGGINS
United States Attorney

VERNON G. STEJSKAL
Assistant United States Attorney